THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: Beth E. Hanan
    United States Bankruptcy Judge



DATED: May 4, 2020

Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re
Joseph A. Grawehr−Antone and
Jill M. Budde,
    Debtors.

Chapter 13
Case No. 15−24576−beh

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING THE TRUSTEE, AND CLOSING THE CHAPTER 13 CASE**

    The chapter 13 trustee filed a final report and account and certified that the estate has been fully administered. The trustee received funds in the amount of $13,328.00 and disbursed those funds in accordance with the final account. The court received no objection within the time period prescribed by Fed. R. Bankr. P. 5009.

    IT IS THEREFORE ORDERED: The trustee's final account is approved, the trustee's bond is released, the trustee is discharged, and the chapter 13 case is closed.

####